**UNITED STATES of America, Plaintiff,**

v.

**David FREDERICK, Defendant.**

**No. 86 CR 829.**

United States District Court,
N.D. Illinois, E.D.

March 17, 1987.

Lawrence E. Rosenthal, Asst. U.S. Atty., Chicago, Ill., for plaintiff.

Luis M. Galvan, Federal Defender Program, Chicago, Ill., for defendant.

## ORDER

BRIAN BARNETT DUFF, District Judge.

The Seventh Circuit has held that in obstruction of justice cases, venue lies only in the district in which the acts of obstruction occurred. *United States v. Nadolny*, 601 F.2d 940, 942–43 (7th Cir.1979). The indictment in this case charges Mr. Frederick with threatening an individual who was testifying before a grand jury here in Chicago, but alleges that the threat was made in Miami, Florida. Therefore, venue is not properly laid in this district.

This court recognizes that a number of other circuits have reached the opposite conclusion. *See, e.g., United States v. Reed*, 773 F.2d 477, 484–85 (2nd Cir.1985), and cases cited therein. However, *Nadolny* is the law in this Circuit and there is no reason to distinguish between an indictment based on 18 U.S.C. § 1510, as in *Nadolny*, and one based on 18 U.S.C. § 1512, as in this case. *See United States v. Moore*, 582 F.Supp. 1575, 1577 (D.D.C. 1984).

Accordingly, defendant's motion to dismiss the indictment for lack of proper venue is granted.

IT IS SO ORDERED.